# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KETA GAS & OIL COMPANY, A PENNSYLVANIA CORPORATION, FORMERLY KETA REALTY COMPANY

        v.

THOMAS E. PROCTOR, JAMES H. PROCTOR, THOMAS E. PROCTOR, JR., ANNE PROCTOR RICE, EMILY PROCTOR MANDELL, LYDIA W. THACHER, AUGUSTA PROCTOR, ELLEN O. PROCTOR, SARAH JOSLIN, ABEL H. PROCTOR AND MASSACHUSETTS GENERAL HOSPITAL, HEIRS LEGATEES AND DEVISEES UNDER THE WILL OF THOMAS E. PROCTOR, AND ALL PERSONS CLAIMING UNDER OR THROUGH THE ABOVE, AND BRINKER HUNTING CLUB, A NON-PROFIT CORPORATION

        v.

ANADARKO E&P ONSHORE, LLC, SOUTHWESTERN ENERGY PRODUCTION COMPANY, AND INTERNATIONAL DEVELOPMENT CORPORATION

PETITION OF: TRUSTEES OF THE THOMAS E. PROCTOR HEIRS TRUST AND TRUSTEES OF THE MARGARET O.F. PROCTOR TRUST

No. 125 MAL 2020

Petition for Allowance of Appeal from the Order of the Superior Court

# ORDER

**PER CURIAM**

       **AND NOW**, this 22nd day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.  The Application for Leave to file Post-Submission Communication is **DENIED**.